IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THOMAS FOWLER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D14-3017

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed April 9, 2015.

An appeal from the Circuit Court for Gulf County.
John L. Fishel, II, Judge.

Thomas Fowler, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

WOLF, BENTON, and RAY, JJ., CONCUR.